IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN L. BELBECK, JR., )
)
    Plaintiff )
)
vs. ) Civil Action No. L-01-139
)
)
SIMKINS INDUSTRIES, )
)
    Defendant )
)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Bernadette Wolffe__ Esquire, a member of the Bar of this court, moves the admission of __Nancy Abrams__ Esquire to appear pro hac vice in the captioned proceeding as counsel for Defendant, Simkins Industries.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bars of the States of __Pennsylvania and Florida__ and the following United States Courts: __the United States District Courts for the Eastern District of Pennsylvania and the Middle District of Pennsylvania.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __(Ms. Abrams has never been disbarred, suspended, or denied admission to practice)__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceeding will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission <u>pro</u> <u>hac</u> <u>vice</u> does not constitute formal admission to the bar of this Court.

Respectfully submitted:

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| The Wolffe Law Firm, LLC | Spector, Gadon & Rosen, PC |
| 3204 North Tacoma Street | 1635 Market Street, Seventh Floor |
| Address | Address |
| Arlington, Virginia 22213 | Philadelphia, PA 19103 |
| 703-536-1654 | 215-241-8894 |
| Office phone number | Office phone number |
| 703-536-8360 | 215-241-8844 |
| Fax number | Fax number |
| 24909 | |
| Md. U.S. District Court Number | |

**O R D E R**

Motion ___✓___    GRANTED

Motion _____    GRANTED subject to payment of $50.00 filing fee to Clerk of Court

Motion _____    DENIED

_April 27 2001_                        _[signature]_
Dated                                   Judge, U.S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice was sent this 17th day of April, 2001 by first class mail, postage pre-paid, to:

John L. Belbeck, Jr.


Plaintiff, Pro Se


_____