IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN L. BELBECK, JR.,                :
                                     :
    Plaintiff                        :
                                     :
v.                                   :   Civil Action No. L-01-139
                                     :
SIMKINS INDUSTRIES,                  :
                                     :
    Defendant                        :

## ORDER

**AND NOW** this _2nd_ day of _July_, 2001, upon consideration of Defendant's Motion To Extend Deadlines it is hereby ORDERED that the deadlines set forth in the April 20, 2001 Scheduling Order are extended for 60 days.

_____
Benson Everett Legg, J.

Filed JUL - 2 2001, AT BALTIMORE, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, DEPUTY